UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> HANSON AGGREGATES MIDWEST, formerly known as Material Service Corporation, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 1:21-cv-06390 <br><br> Hon. Nancy L. Maldonado <br> Magistrate Judge Sunil R. Harjani |

## DECLARATION OF SKYLER J. SILVERTRUST
## IN OPPOSITION TO
## DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

1. I am counsel for Plaintiff/Counterclaim Defendant First American Title Insurance Company ("First American") in the above-captioned action. I am a member in good standing of the State Bar of Illinois and am admitted to practice before this Court.

2. I submit this declaration and the attached documents in opposition to Defendant/Counterclaim Plaintiff Hanson Aggregates Midwest's ("Hanson") Motion To Compel Production Of Documents.

3. I am familiar with the facts and circumstances set forth herein based upon personal knowledge and/or a review of First American's file in this matter.

4. I oversaw First American's discovery in this matter, including the production of documents responsive to Hanson's document requests. In connection with that role, I am informed that First American has produced 9,220 pages of documents to date.

5. Between October and December 2022, Hanson conducted depositions of several First American witnesses, including First American's Fed. R. Civ. P. 30(b)(6) corporate representative.

6. On August 26, 2022, Hanson propounded its Second Set Of Document Requests Directed To First American Title Insurance Company (the "Requests") which are the subject of the instant motion to compel. Dkt. 68-1.

7. On September 26, 2022, First American submitted Responses And Objections To Hanson's Second Set Of Document Requests. Dkt. 68-2.

8. To the best of my knowledge and recollection, Hanson's counsel first asked to begin substantive discussion with First American about the Requests on November 9, 2022, when Hanson's counsel emailed me, asking to meet and confer about First American's responses. I participated in a telephone discussion with Hanson's counsel, Mr. Mike Lynch and Ms. Kay Brady, that afternoon during which the parties discussed the Requests.

9. Between November 9, 2022 and December 22, 2022, I had several telephone calls with Hanson's counsel regarding First American's responses to the Requests. On those calls, I reiterated First American's objections to the Requests but agreed for discussion purposes to investigate First American's search capabilities with respect to its policy and claims files document management systems.

10. Attached as **Exhibit A** to this declaration is a true and correct copy of the deposition transcript of First American's corporate representative, Randy Scott, dated Friday, November 18, 2022.

11. Attached as **Exhibit B** to this declaration is a true and correct copy of the deposition transcript of Kelly Guarnieri, dated October 21, 2022.

- 3 -

12. Attached as **Exhibit C** to this declaration is a true and correct copy of Hanson's First Set Of Document Requests Directed To First American Title Insurance Company.

\*\*\*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2023                                      _/s/ Skyler J. Silvertrust_
                                                                               Skyler J. Silvertrust